**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2935

---

Wuilmer Jose Cardenas Vargas

Petitioner - Appellant

v.

Gary Stolzer

Respondent - Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:26-cv-00204-CMS)

---

**JUDGMENT**

Before GRUENDER, KELLY and KOBES, Circuit Judges.

The district court erred by deciding that "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief" on his statutory and constitutional claims. See Rules Governing § 2254 Cases, Rule 4. The district court's Order of Dismissal entered on September 17, 2026 is vacated, and the petition is remanded to the district court with instructions to order the respondent to show cause why the petition should not be granted. See 28 U.S.C. § 2243. The emergency motion for release pending appeal is denied as moot. Our mandate shall issue forthwith.

October 30, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler